UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | King, Samuel Robert | Docket No. | 0980 2:18CR00065-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Samuel Robert King, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 18th day of May 2018 under the following conditions:

Standard Condition #18: Refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Consuming alcohol on or about July 16, 2018, in the District of Oregon.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: July 17, 2018 |
| by | s/Linda J. Leavitt |
|   | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

July 17, 2018
Date