PROB 12C
(6/16)

Report Date: February 6, 2019

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 07, 2019**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Samuel Robert King | Case Number: 0980 2:18CR00065-SAB-1 |
| Address of Offender: | Beaverton, OR 97229 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 9, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm with No Serial Number, 26 U.S.C. §§ 5845(a)(7), 5861(I), 5871 | |
| Original Sentence: | Probation - 3 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: January 9, 2019 |
| Defense Attorney: | William M. Pope | Date Supervision Expires: January 8, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
| | **Supporting Evidence**: Mr. King is alleged to have consumed cocaine on or about January 15, 2019.
| | On January 15, 2019, probation conditions were reviewed and signed by Mr. King acknowledging his understanding of mandatory condition number 3, which prohibits him from using a controlled substance.
| | On January 15, 2019, Mr. King submitted a presumptive positive urinalysis test for the presence of cocaine. At Mr. King's request, the sample was sent to the laboratory for confirmation. On January 21, 2019, test results returned positive for the presence of cocaine.
2 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to

Prob12C
Re: King, Samuel Robert
February 6, 2019
Page 2

your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**:   Mr. King is alleged to have failed to obtain a substance abuse evaluation as directed.

On January 15, 2019, probation conditions were reviewed and signed by Mr. King acknowledging his understanding of special condition number 3, which requires him to complete a substance abuse evaluation.

According to a probation officer from the District of Oregon, when Mr. King was advised that he was being referred for a substance abuse evaluation, Mr. King stated he was not going to go because he needed to work full-time.  The probation officer attempted to explain to Mr. King that the treatment agency offers evaluations at times that could work around his schedule.  Mr. King continued to demonstrate his unwillingness to participate by stating it was "bullshit."

3          **Special Condition #1**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow full reciprocal disclosure between the supervising officer and treatment provider.  You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Mr. King is alleged to have failed to obtain a mental health evaluation as directed.

On January 15, 2019, probation conditions were reviewed and signed by Mr. King acknowledging his understanding of special condition number 1, which requires him to complete a mental health evaluation.

According to a probation officer from the District of Oregon, when Mr. King was advised that he was being referred for a mental health evaluation, Mr. King stated he was not going to go because he needed to work full-time.  The  probation officer attempted to explain to Mr. King that the treatment agency offers evaluations at times that could work around his schedule.  Mr. King continued to demonstrate his unwillingness to participate by stating it was "bullshit."

4          **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. King is alleged to have failed to report for random urinalysis testing as directed by probation on January 25, 26, and 29, 2019.

On January 15, 2019, probation conditions were reviewed and signed by Mr. King acknowledging his understanding of special condition number 4, which requires him to submit to random urinalysis testing.

Prob12C
**Re: King, Samuel Robert**
**February 6, 2019**
**Page 3**

On January 24, 2019, Mr. King was placed on the District of Oregon U.S. Probation Office random drug testing program. Mr. King failed to report for drug testing on January 25, 26, and 29, 2019. On January 25, 2019, Mr. King left his probation officer a voice message stating, "this is bullshit, I was just tested yesterday."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 6, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

February 7, 2019

Date