PROB 12C
(6/16)

Report Date: February 14, 2019

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 14, 2019**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Samuel Robert King | | Case Number: 0980 2:18CR00065-SAB-1 | |
| Address of Offender: | | Beaverton, OR 97229 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 9, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm with No Serial Number, 26 U.S.C. §§ 5845(a)(7), 5861(I) and 5871 | | |
| Original Sentence: | Probation - 3 years | Type of Supervision: Probation | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: January 9, 2019 | |
| Defense Attorney: | William M. Pope | Date Supervision Expires:  January 8, 2022 | |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 6, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. King is alleged to have failed to report to probation as directed in the District of Oregon on February 13, 2019. |
| | On January 15, 2019, probation conditions were reviewed and signed by Mr. King acknowledging his understanding of standard condition number 2, which requires him to report to probation as instructed. |
| | According to a probation officer from the District of Oregon, on February 11, 2019, Mr. King was directed to report to the U.S. Probation Office on February 13, 2019. Mr. King confirmed that he could report on February 13, 2019, as directed. However, Mr. King failed to report as directed, and he did not contact probation to explain why he could not report. |
| 6 | **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to |

Prob12C
**Re: King, Samuel Robert**
**February 14, 2019**
Page 2

urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. King is alleged to have failed to report for random urinalysis testing as directed by probation on February 3, 8 and 13, 2019.

On January 15, 2019, probation conditions were reviewed and signed by Mr. King acknowledging his understanding of special condition number 4, which requires him to submit to random urinalysis testing.

On January 24, 2019, Mr. King was placed on the District of Oregon U.S. Probation Office's random drug testing program. Mr. King failed to report for drug testing on February 3, 8 and 13, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 14, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

02/14/2019

Date